AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sison, Gilbert C. | U.S. District Court for the Southern District of Illinois | 12/30/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge Full-Time | ☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>02/27/2019 |

**7. Chambers or Office Address**

Melvin Price Federal Building and U.S. Courthouse
750 Missouri Avenue, Room 104
East St. Louis, IL 62201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Washington University School of Law |
| 2. | Power of Attorney | Family Member |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Bryan Cave LLP 401k Retirement Plan with former law firm, firm managed asset selection |
| 2. | 2018 | Thompson Coburn LLP 401k Retirement Plan with former law firm, firm managed asset selection |
| 3. | 2018 | Rosenblum, Schwartz 401k Retirement Plan with former law firm, firm managed asset selection |
| 4. | 2018 | St. Roch's Tuition |

| Name of Person Reporting | Date of Report |
|---|---|
| Sison, Gilbert C. | 12/30/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/31/2018 | Washington University School of Law, teaching income | $3,500.00 |
| 2. 12/31/2018 | Washington University School of Law, teaching income | $3,500.00 |
| 3. 5/31/2017 | Washington University School of Law, teaching income | $3,500.00 |
| 4. 12/31/2017 | Washington University School of Law, teaching income | $3,500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Macy's Inc., salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sison, Gilbert C. | 12/30/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sison, Gilbert C. | 12/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. #1 MOST 529 Vanguard Growth Portfolio | A | Interest | J | T | Exempt | | | | |
| 2. #2 MOST 529 Vanguard Growth Portfolio | A | Interest | J | T | Exempt | | | | |
| 3. #3 MOST 529 Vanguard Growth Portfolio | A | Interest | J | T | Exempt | | | | |
| 4. Thompson Coburn LLP 401k retirement with One America (H) | | | | | | | | | |
| 5. Growth Fund of America | D | Int./Div. | L | T | Exempt | | | | |
| 6. IR + M CORE Bond | A | Int./Div. | J | T | Exempt | | | | |
| 7. BCLP LLP 401k with Vanguard Wellington Fund Admiral Shares | B | Int./Div. | K | T | Exempt | | | | |
| 8. Rosenblum, Schwartz 401k; Prin. LifeTime Hybrid 2035 CIT | E | Int./Div. | N | T | Exempt | | | | |
| 9. USAA Checking "Cash Account" | A | Interest | K | T | Exempt | | | | |
| 10. USAA Savings "Cash Account" | A | Interest | K | T | Exempt | | | | |
| 11. Macy's Inc. Restricted Stock with Charles Schwab | A | Int./Div. | J | T | Exempt | | | | |
| 12. Macy's 401k Retirement with Merrill Lynch (H) | | | | | | | | | |
| 13. S&P Stock Index Fund | E | Int./Div. | N | T | Exempt | | | | |
| 14. Small/Mid Cap Index Fund | D | Int./Div. | L | T | Exempt | | | | |
| 15. International Stock Index Fund | C | Int./Div. | K | T | Exempt | | | | |
| 16. Macy's Inc. Stock Fund | A | Int./Div. | J | T | Exempt | | | | |
| 17. Target 2045 Retirement Trust | D | Int./Div. | L | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sison, Gilbert C. | 12/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sison, Gilbert C. | 12/30/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gilbert C. Sison**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544